```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                                    )
ANA M. DOSOUTO,                     )
          Plaintiff,                )
                                    )      CIVIL ACTION
     v.                             )      NO. 19-11995-WGY
                                    )
DIANE VON FURSTENBERG, Store,       )
          Defendant.                )
                                    )
_____
```

YOUNG, D.J.                                          November 9, 2021

## ORDER

On September 7, 2021, the Court ordered the plaintiff, within 21 days, to (1) show cause why this case should not be dismissed under Rule 41(b) based on plaintiff's failure to prosecute the case and (2) either pay the filing fee or file a renewed application to proceed without prepayment of fees. Docket No. 4.  The order stated that plaintiff's failure to timely comply with these directives will result in the dismissal of this action without prejudice.

On October 5, 2021, plaintiff paid the $402.00 filing fee, see Docket No. 5.  The filing fee payment was not timely and, more importantly, plaintiff did not address her failure to prosecute this case.  See Docket.  The show-cause deadline has passed, and the plaintiff has not offered any reason why she has not complied with the Court's order, nor sought additional time to do so.

Accordingly, plaintiff shall show cause, in writing, why this case should not be dismissed under Rule 41(b) based on plaintiff's failure to prosecute.  Failure to timely comply with this directive within 21 days of the date of this Order will result in the dismissal of this action without prejudice.

**SO ORDERED.**

                                               /s/ William G. Young
                                               WILLIAM G. YOUNG
                                               UNITED STATES DISTRICT JUDGE