```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| ANA M. DOSOUTO, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　) | CIVIL ACTION |
| 　　v.　　　　　　　　　　) | NO. 19-11995-WGY |
| 　　　　　　　　　　　　) |  |
| DIANE VON FURSTENBERG, Store, )<br>　　　　Defendant. )<br>　　　　　　　　　　　　) |  |

YOUNG, D.J.

**ORDER**

By Order dated November 9, 2021, plaintiff was ordered to show cause why this case should not be dismissed under Rule 41(b) based on plaintiff's failure to prosecute. Docket No. 6. Upon review of plaintiff's show cause reply, see Docket No 7, and plaintiff having paid the filing fee, see Docket No. 5, the Clerk will be directed to issue a summons and plaintiff shall have 90 days from the date stamped on the summons to serve the defendant. Fed. R. Civ. P. 4(m).

The plaintiff is responsible for service of process, meaning she must serve the defendant with a copy of the complaint and a summons, see Fed. R. Civ. P. 4(c), or a notice and request for waiver of service. See Fed. R. Civ. P. 4(d).

Rule 4(h) of the Federal Rules of Civil Procedure governs service of process on a corporation. If the defendant is not served within 90 days, the action is subject to dismissal

[2]

without prejudice.  <u>See</u> Fed. R. Civ. P. 4(m).  In addition, Rule 4(l) requires the plaintiff to file proof of service with the Court unless service is waived.

Accordingly, it is hereby Ordered that the Clerk shall issue a summons and send to plaintiff with a copy of Local Rule 4.1.

**SO ORDERED.**

<pre>
                                 /s/ William G. Young
                                WILLIAM G. YOUNG
                                UNITED STATES DISTRICT JUDGE
Date: December 7, 2021
</pre>